# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-12-00628-CR

**Darin Duane Drummond, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
NO. 69130, THE HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING**

### M E M O R A N D U M   O P I N I O N

Appellant Darin Duane Drummond seeks to appeal from a judgment of conviction for aggravated assault against a public servant. *See* Tex Penal Code Ann. § 22.02 (West 2011). The trial court has certified that this is a plea-bargain case and Drummond has no right of appeal. Accordingly, the appeal is dismissed for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed for Want of Jurisdiction

Filed:   October 11, 2012

Do Not Publish